# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MICHAEL DENNIS LONG, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | Case No. 5:15CV51-FDW-4 |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD NEELY, Superintendent, | ) | |
| Piedmont Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2015, Order.

Signed: May 12, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court